13-MC-05003-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD O'CONNOR, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> BOEING EMPLOYEES CREDIT UNION, <br><br> Garnishee. | NO. MC 13-5003 BHS <br><br> (2:07-CR-5155FDB) <br><br> [~~PROPOSED~~] <br><br> ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Richard O'Connor, from Boeing Employees Credit Union, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Boeing Employees Credit, whose address is Boeing Employees Credit Union, Attention: Garnishment Department, 12770 Gateway Drive, Seattle, WA 98168.

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Richard O'Connor and Boeing Employees Credit Union –
2:07-CR-5155FDB)- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1 | DATED this 5 day of March, 2013.

                                                                UNITED STATES DISTRICT COURT JUDGE

Presented by:

ANASTASIA D. BARTLETT
Assistant United States Attorney

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Richard O'Connor and Boeing Employees Credit Union –
2:07-CR-5155FDB)- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970