The Honorable Benjamin H. Settle

13-MC-05003-ORD

FILED ____ LODGED
____ RECEIVED
MAR 25 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD O'CONNOR,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>BOEING EMPLOYEES CREDIT UNION,<br><br>Garnishee. | NO. MC-13-5003-BHS<br><br>(CR07-5155-FDB)<br><br><br><br>**ORDER TERMINATING GARNISHMENT PROCEEDING** |

THIS MATTER having come on duly and regularly to be heard pursuant to the United States' Application to Terminate Garnishment Proceeding, and the Court being fully advised that the United States requests that this garnishment be quashed and terminated, pursuant to 28 U.S.C. § 3205 (10)(C),

IT IS ORDERED that the garnishment is terminated and that the Garnishee, Boeing Employees Credit Union, is relieved of further responsibility pursuant to this garnishment.

DATED this 25 day of March, 2013.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

[Proposed] ORDER TERMINATING GARNISHMENT PROCEEDING (USA v. Richard O'Connor & Boeing Employees Credit Union, USDC#: MC-13-5003-BHS / CR07-5155-FDB) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  Presented by:

3  /s/ Anastasia D. Bartlett
   ANASTASIA D. BARTLETT
4  Assistant United States Attorney

[Proposed] ORDER TERMINATING GARNISHMENT PROCEEDING (USA v. Richard O'Connor & Boeing Employees Credit Union, USDC#: MC-13-5003-BHS / CR07-5155-FDB) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970